| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | **DICKINSON WRIGHT PLLC**<br>STEVEN A. CALOIARO<br>Nevada Bar No. 12344<br>BROOKS T. WESTERGARD<br>Nevada Bar No. 14300<br>scaloiaro@dickinsonwright.com<br>bwestergard@dickinsonwright.com<br>100 W. Liberty Street, Suite 940<br>Reno, Nevada 89501<br>Tel.: (775) 343-7500<br>Fax: (844) 670-6009 |
| 7 | *Attorneys for Plaintiff*<br>*SATA GmbH & Co. KG* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SATA GmbH & Co. KG, a German Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZHEJIANG RONGPENG AIR TOOLS CO., LTD dba AEROPRO, a foreign entity<br><br>Defendant. | CASE NO.: 2:18-cv-02088-GMN-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION [FIRST REQUEST]** |

On October 31, 2018, Plaintiff SATA GmbH & Co. KG ("Plaintiff") filed its Verified Complaint (ECF No. 1) and its Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction (ECF Nos. 2 & 3).

On November 1, 2018, this Court entered its Temporary Restraining Order and Seizure Order (ECF No. 8).

The current deadline for Defendant Zhejiang Rongpeng Air Tools Co., LTD ("Defendant") to respond to Plaintiff's Motion for Preliminary Injunction is November 7, 2018. The current deadline for Plaintiff to reply to Defendant's response in November 9, 2018. The hearing on the Motion for Preliminary Injunction is currently set for November 13, 2018 at 8:30 a.m.

The parties have stipulated to extend the deadline for Defendant to file its response to Plaintiff's Motion for Preliminary Injunction to December 6, 2018 and Plaintiff's reply to Defendant's response to December 11, 2018. This is the first request to extend the deadline.

Page **1** of **2**

This request is made in good faith and not for purposes of delay.

The parties have stipulated to vacate the November 13, 2018 hearing.

DATED this 6th day of November 2018.　　　　DATED this 6th day of November, 2018

DICKINSON WRIGHT PLLC　　　　　　　　　　ORRICK, HERRINGTON & SUTCLIFFE LLP


　　/s/ /Steven A. Caloiaro　　　　　　　　　　　　/s/ Yefeng (Ethan) Ma
STEVEN A. CALOIARO　　　　　　　　　　　　YUFENG (ETHAN) MA
Nevada Bar No. 12344　　　　　　　　　　　　yma@orrick.com
BROOKS T. WESTERGARD　　　　　　　　　47/F Park Place
Nevada Bar No. 14300　　　　　　　　　　　　1601 Nanjing Road West
scaloiaro@dickinsonwright.com　　　　　　　　Shanghai, 200040
bwestergard@dickinsonwright.com　　　　　　People's Republic of China
100 W. Liberty Street, Suite 940　　　　　　　Tel.: +86 21 6109 7108
Reno, Nevada 89501
Tel.: (775) 343-7500　　　　　　　　　　　　　*Attorneys for Defendant*
Fax: (844) 670-6009　　　　　　　　　　　　　*Zhejiang Rongpeng Air Tools Co., LTD dba Aeropro*

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

**ORDER**

IT IS THEREFORE ORDERED that a preliminary injunction hearing is set for _December 20_, 2018, at ___10:00 a_.m. Defendant's response to Plaintiff's Motion for Preliminary Injunction is due **December 6, 2018**. Plaintiff's reply to Defendant's response to Plaintiff's Motion for Preliminary Injunction is due **December 11, 2018**.

IT IS FURTHER ORDERED that the TRO (ECF No. 8) shall be in full force and effect until the Court is able to hear arguments and make a ruling on Plaintiff's Motion for Preliminary Injunction.

**IT IS SO ORDERED.**

DATED this __9__ day of November, 2018.
*NUNC PRO TUNC*: November 7, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT