| | |
|---|---|
| 1 | **DICKINSON WRIGHT PLLC**<br>STEVEN A. CALOIARO |
| 2 | Nevada Bar No. 12344<br>BROOKS T. WESTERGARD |
| 3 | Nevada Bar No. 14300<br>scaloiaro@dickinsonwright.com |
| 4 | bwestergard@dickinsonwright.com<br>100 W. Liberty Street, Suite 940 |
| 5 | Reno, Nevada 89501<br>Tel.: (775) 343-7500 |
| 6 | Fax: (844) 670-6009 |
| 7 | *Attorneys for Plaintiff*<br>*SATA GmbH & Co. KG* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SATA GmbH & Co. KG, a German Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZHEJIANG RONGPENG AIR TOOLS CO., LTD dba AEROPRO, a foreign entity<br><br>Defendant. | CASE NO.: 2:18-cv-02088-GMN-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ITS ANSWER TO PLAINTIFF'S COMPLAINT [FIRST REQUEST]** |

On October 31, 2018, Plaintiff SATA GmbH & Co. KG ("Plaintiff") filed its Verified Complaint (ECF No. 1) and its Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction (ECF Nos. 2 & 3).

The parties have entered settlement negotiations and have thus stipulated to extend the deadline for Defendant Zhejiang Rongpeng Air Tools Co., LTD dba AeroPro ("Defendant") to file its answer to Plaintiff's Complaint or motion under Rule 12 of the Federal Rules of Civil Procedure to December 28, 2018. This is the first request to extend the deadline.

///
///
///
///
///

Page **1** of **2**

This request is made in good faith and not for purposes of delay.

DATED this 28th day of November 2018.

DICKINSON WRIGHT PLLC

/s/ /Steven A. Caloiaro
STEVEN A. CALOIARO
Nevada Bar No. 12344
BROOKS T. WESTERGARD
Nevada Bar No. 14300
scaloiaro@dickinsonwright.com
bwestergard@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

DATED this 28th day of November, 2018

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Yefeng (Ethan) Ma
YUFENG (ETHAN) MA
yma@orrick.com
47/F Park Place
1601 Nanjing Road West
Shanghai, 200040
People's Republic of China
Tel.: +86 21 6109 7108

*Attorneys for Defendant*
*Zhejiang Rongpeng Air Tools Co., LTD dba Aeropro*

**ORDER**

IT IS THEREFORE ORDERED Defendant's answer to Plaintiff's Complaint or motion under Rule 12 of the Federal Rules of Civil Procedure is due **December 28, 2018**.

**IT IS SO ORDERED.**

DATED this 29th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE