**DICKINSON WRIGHT PLLC**
STEVEN A. CALOIARO
Nevada Bar No. 12344
BROOKS T. WESTERGARD
Nevada Bar No. 14300
scaloiaro@dickinsonwright.com
bwestergard@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SATA GmbH & Co. KG, a German Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZHEJIANG RONGPENG AIR TOOLS CO., LTD dba AEROPRO, a foreign entity<br><br>Defendant. | CASE NO.: 2:18-cv-02088-GMN-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY TO DEFENDANT'S RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION [SECOND REQUEST]** |

On October 31, 2018, Plaintiff SATA GmbH & Co. KG ("Plaintiff") filed its Verified Complaint (ECF No. 1) and its Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction (ECF Nos. 2 & 3).

On November 1, 2018, this Court entered its Temporary Restraining Order and Seizure Order (ECF No. 8).

On December 6, 2018, Defendant Zhejiang Rongpeng Air Tools Co., LTD ("Defendant") filed its Response to Plaintiff's Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction ("Response") (ECF No. 18). The current deadline for Plaintiff to reply to Defendant's Response is December 11, 2018.

The parties have stipulated to extend the deadline for Plaintiff to file its reply to Defendant's Response to December 14, 2018 due to Plaintiff counsel's previously scheduled deposition commitments in another action. This is the second request to extend the deadline.

This request is made in good faith and not for purposes of delay.

DATED this 10th day of December 2018.

DICKINSON WRIGHT PLLC

   /s/ /Steven A. Caloiaro
STEVEN A. CALOIARO
Nevada Bar No. 12344
BROOKS T. WESTERGARD
Nevada Bar No. 14300
scaloiaro@dickinsonwright.com
bwestergard@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

DATED this 10th day of December, 2018

H1 LAW GROUP

   /s/ Eric D. Hone
Eric D. Hone, Nevada Bar No. 8499
eric@h1lawgroup.com
Jamie L. Zimmerman, Nevada Bar No. 11749
jamie@h1lawgroup.com
Moorea L. Katz, Nevada Bar No. 12207
moorea@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074
Phone 702-608-3720
Fax 702-608-3759

ORRICK, HERRINGTON & SUTCLIFFE LLP
Ethan Ma, Illinois Bar No. 6277936
*Pro Hac Vice* Application to be Submitted
yma@orrick.com
Diana Rutowski, California Bar No. 233878
*Pro Hac Vice* Application to be Submitted
drutowski@orrick.com
1000 Marsh Road
Menlo Park, CA 94025-1015
Phone 650-614-7400
Fax 650-614-7401

*Attorneys for Defendant*
*Zhejiang Rongpeng Air Tools Co., LTD dba Aeropro*

**ORDER**

IT IS THEREFORE ORDERED that Plaintiff's reply to Defendant's Response to Plaintiff's Motion for Preliminary Injunction is due **December 14, 2018**.

IT IS FURTHER ORDERED that the TRO (ECF No. 8) shall be in full force and effect until the Court is able to hear arguments and make a ruling on Plaintiff's Motion for Preliminary Injunction.

**IT IS SO ORDERED.**

**DATED** this  12  day of December, 2018.

                                             
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT