**H1 LAW GROUP**
Eric D. Hone, Nevada Bar No. 8499
eric@h1lawgroup.com
Jamie L. Zimmerman, Nevada Bar No. 11749
jamie@h1lawgroup.com
Moorea L. Katz, Nevada Bar No. 12007
moorea@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074
Phone  702-608-3720
Fax      702-608-3759

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Yufeng (Ethan) Ma, Illinois Bar No. 6277936
*Pro Hac Vice* Application to be Submitted
yma@orrick.com
Diana Rutowski, California Bar No. 233878
Admitted *Pro Hac Vice*
drutowski@orrick.com
1000 Marsh Road
Menlo Park, CA 94025-1015
Phone  650-614-7400
Fax      650-614-7401
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SATA GMBH & CO. KG, a German corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZHEJIANG RONGPENG AIR TOOLS CO., LTD dba AEROPRO, a foreign entity,<br><br>Defendant. | CASE NO. 2:18-cv-02088-GMN-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ITS RESPONSE TO PLAINTIFF'S COMPLAINT [SECOND REQUEST]** |

On October 31, 2018, plaintiff SATA GmbH & Co. KG ("Plaintiff") filed its Verified Complaint (ECF No. 1) and its Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction (ECF Nos. 2 & 3).

The parties previously stipulated to, and an order [ECF 14] was granted providing that defendant Zhejiang Rongpeng Air Tools Co., LTD dba AeroPro would file its answer to

1

plaintiff's complaint or motion under Rule 12 of the Federal Rules of Civil Procedure not later than December 28, 2018.

The parties now stipulate that due to the schedules of counsel during the holiday season, and in light of the court's request for supplemental briefing on and continuance of the final hearing on plaintiff's request for preliminary injunctive relief to February 12, 2019, defendant may file its response to plaintiff's complaint up to and including February 22, 2019, ten days following the scheduled preliminary injunction hearing. This is the second stipulation for extension of plaintiff's response time.

| DATED this 28th day of December 2018. | DATED this 28th day of December 2018. |
|---|---|
| DICKINSON WRIGHT PLLC | H1 LAW GROUP |
| /s/ Steven A. Caloiaro<br>Steven A. Caloiaro, Nevada Bar No. 12344<br>scaloiaro@dickinsonwright.com<br>Brooks T. Westergard, Nevada Bar No. 14300<br>bwestergard@dickinsonwright.com<br>100 W. Liberty Street, Suite 940<br>Reno, Nevada 89501<br>*Attorneys for Plaintiff* | Eric D. Hone, Nevada Bar No. 8499<br>eric@h1lawgroup.com<br>Jamie L. Zimmerman, Nevada Bar No. 11749<br>jamie@h1lawgroup.com<br>Moorea L. Katz, Nevada Bar No. 12007<br>moorea@h1lawgroup.com<br>701 N. Green Valley Parkway, Suite 200<br>Henderson, Nevada 89074<br>*Attorneys for Defendant* |

**ORDER**

IT IS THEREFORE ORDERED Defendant's answer to Plaintiff's Complaint or motion under Rule 12 of the Federal Rules of Civil Procedure is due February 22, 2019.

IT IS SO ORDERED.

DATED this 2nd day of January 2019.

_____
UNITED STATES MAGISTRATE JUDGE

2