**DICKINSON WRIGHT PLLC**
STEVEN A. CALOIARO
Nevada Bar No. 12344
BROOKS T. WESTERGARD
Nevada Bar No. 14300
scaloiaro@dickinsonwright.com
bwestergard@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SATA GmbH & Co. KG, a German Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZHEJIANG RONGPENG AIR TOOLS CO., LTD dba AEROPRO, a foreign entity<br><br>Defendant. | CASE NO.: 2:18-cv-02088-GMN-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING ON EMERGENCY EX PARTE MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(First Request)** |

Plaintiff SATA GmbH & Co. KG ("Plaintiff") and Defendant Zhejiang Rongpeng Air Tools Co., LTD ("Defendant") (collectively, "Parties"), through their undersigned counsel, hereby respectfully jointly submit this Stipulation to extend the hearing on Plaintiff's Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 3):

1. On October 31, 2018, Plaintiff filed its Verified Complaint (ECF No. 1) and its Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction (ECF Nos. 2 & 3).

2. On December 6, 2018, Defendant filed its Response to Plaintiff's Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction ("Response") (ECF No. 18).

3. On December 14, 2018, Plaintiff filed its Reply to Defendant's Response to Plaintiff's Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 22).

4. On December 20, 2018, this Court held a hearing on Plaintiff's Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction. At the hearing, this Court ordered supplemental briefing on the Motion. (ECF No. 27). This Court further ordered that a Motion Hearing on the Motion and supplemental briefs would be set for February 12, 2019.

5. Defendant filed its Supplemental Response (ECF No. 30) on January 10, 2019 and Plaintiff filed its Supplemental Reply (ECF No. 31) on January 24, 2019.

6. Counsel for Plaintiff has conflicts with the current Motion Hearing date that it is unable to reschedule.

7. In a case unrelated to this case and Defendant, Counsel for Plaintiff has scheduled depositions in the Northern District of Texas from February 11, 2019 to February 14, 2018. Counsel tried several times to move the depositions in light of the Court's notice of hearing, but was unable to do so due to the availability of the witness and the existing scheduling order in the action. Due to these significant scheduling conflicts, Plaintiff respectfully requests that this Court extend the Motion Hearing to a date on which counsel for both Parties in this case are available. Plaintiff contacted counsel for Defendant, who does not oppose Plaintiff's requested extension.

8. Plaintiff submits that good cause exists, and the Plaintiff is not seeking the extension for undue delay. Instead, the Plaintiff is seeking an extension to promote judicial economy by ensuring that the Motion Hearing can be conducted with counsel most familiar with the case and relevant issues present and able to fully argue their respective positions.

///
///
///
///
///
///
///
///

9. Therefore, the Parties respectfully request a continuance of the Motion Hearing, to a date convenient to the Court's calendar. The Parties jointly contacted the Court's Judicial Assistance and were informed that the Court is available on February 26, 2019 at 1:00p.m, and therefore the Parties' respectfully requests that Court continue the hearing until this date.

| | |
|---|---|
| DATED this 1st day of February 2019. | DATED this 1st day of February, 2019 |
| DICKINSON WRIGHT PLLC | H1 LAW GROUP |
| /s/ /Steven A. Caloiaro<br>STEVEN A. CALOIARO<br>Nevada Bar No. 12344<br>BROOKS T. WESTERGARD<br>Nevada Bar No. 14300<br>scaloiaro@dickinsonwright.com<br>bwestergard@dickinsonwright.com<br>100 W. Liberty Street, Suite 940<br>Reno, Nevada 89501<br>Tel.: (775) 343-7500<br>Fax: (844) 670-6009 | /s/ Diana Rutkowski<br>Eric D. Hone, Nevada Bar No. 8499<br>eric@h1lawgroup.com<br>Jamie L. Zimmerman, Nevada Bar No. 11749<br>jamie@h1lawgroup.com<br>Moorea L. Katz, Nevada Bar No. 12207<br>moorea@h1lawgroup.com<br>701 N. Green Valley Parkway, Suite 200<br>Henderson NV 89074<br>Phone 702-608-3720<br>Fax 702-608-3759 |
| *Attorneys for Plaintiff*<br>*SATA GmbH & Co. KG* | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Diana Rutowski, California Bar No. 233878<br>*Pro Hac Vice*<br>drutowski@orrick.com<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Phone 650-614-7400<br>Fax 650-614-7401 |
| | *Attorneys for Defendant*<br>*Zhejiang Rongpeng Air Tools Co., LTD dba Aeropro* |

## **ORDER**

Good Cause appearing, the Motion Hearing is vacated and reset. The Motion Hearing will be held on February 26, 2019 at 1:00p.m.

**IT IS SO ORDERED.**

DATED this __5__ day of February, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT