**H1 LAW GROUP**
Eric D. Hone, Nevada Bar No. 8499
eric@h1lawgroup.com
Jamie L. Zimmerman, Nevada Bar No. 11749
jamie@h1lawgroup.com
Moorea L. Katz, Nevada Bar No. 12007
moorea@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074
Phone  702-608-3720
Fax     702-608-3759

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Diana Rutowski, California Bar No. 233878
Admitted *Pro Hac Vice*
drutowski@orrick.com
1000 Marsh Road
Menlo Park, CA 94025-1015
Phone  650-614-7400
Fax     650-614-7401
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SATA GMBH & CO. KG, a German corporation,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>ZHEJIANG RONGPENG AIR TOOLS CO., LTD dba AEROPRO, a foreign entity,<br><br>Defendant/Counterclaimant. | CASE NO. 2:18-cv-02088-GMN-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS**<br><br>**[FIRST REQUEST]** |

Plaintiff/Counterdefendant SATA GmbH & Co. KG ("SATA") and Defendant/Counterclaimant Zhejiang Rongpeng Air Tools Co., LTD dba Aeropro ("Rongpeng," together "the Parties") hereby respectfully submit this Stipulation and [Proposed] Order to Stay Proceedings Pending Settlement Negotiations.

/ / /

/ / /

1

The Parties represent and stipulate as follows:

1. The Parties are in the midst of productive settlement discussions to resolve this matter. Given the complexities involved in communicating with two foreign parties and the need for translation, the Parties request a 60-day stay of all proceedings in this case, through October 29, 2019, in which to attempt to reach a mutually agreeable settlement.

2. Per the Court's Scheduling Order [ECF 39], the deadline to disclose experts is rapidly approaching on September 20, 2019, 21 days from the date of this submission. Additional deadlines in the Court's Scheduling Order will also run during the requested stayed period.

3. In the event the Parties are unable to finalize settlement within the stayed period, the Parties request that the Court automatically reinstitute all remaining deadlines in the Court's Scheduling Order [ECF 39] after the expiration of the 60-day stay, with an additional 30-day extension (for a total of 90 days), to wit:

   a. Disclosures concerning experts, presently due on September 20, 2019, shall be made by December 19, 2019.
   b. Disclosures concerning rebuttal experts, presently due on October 21, 2019, shall be made by January 20, 2020.
   c. The date for filing dispositive motions, presently due on December 19, 2019, shall be made by March 18, 2020.
   d. The date for filing the joint pretrial order, presently due on January 20, 2020, shall be made by April 20, 2020.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

4. This Stipulation is made in good faith and not for purposes of delay.

DATED this 30th day of August 2019.

DICKINSON WRIGHT PLLC

/s/ Steven A. Caloiaro
Steven A. Caloiaro, Nevada Bar No. 12344
scaloiaro@dickinsonwright.com
Brooks T. Westergard, Nevada Bar No. 14300
bwestergard@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
*Attorneys for Plaintiff*

DATED this 30th day of August 2019.

H1 LAW GROUP

/s/ Jamie L. Zimmerman
Eric D. Hone, Nevada Bar No. 8499
eric@h1lawgroup.com
Jamie L. Zimmerman, Nevada Bar No. 11749
jamie@h1lawgroup.com
Moorea L. Katz, Nevada Bar No. 12007
moorea@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson, Nevada 89074
ORRICK, HERRINGTON & SUTCLIFFE LLP
Diana Rutowski, California Bar No. 233878
Admitted *Pro Hac Vice*
drutowski@orrick.com
1000 Marsh Road
Menlo Park, CA 94025-1015
Phone   650-614-7400
Fax       650-614-7401

*Attorneys for Defendant*

## ORDER

**IT IS HEREBY ORDERED** that the above Stipulation to Stay Proceedings Pending Settlement Negotiations, (ECF Nos. 43, 45), is **GRANTED**.

**IT IS FURTHER ORDERED** that pursuant to the parties' Stipulation, Plaintiff's Motion for Preliminary Injunction, (ECF No. 3), is **DENIED without prejudice** to the refiling of the Motion in the event settlement discussions are unsuccessful.

**DATED** this   9   day of September, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT