**DICKINSON WRIGHT PLLC**
STEVEN A. CALOIARO
Nevada Bar No. 12344
BROOKS T. WESTERGARD
Nevada Bar No. 14300
scaloiaro@dickinsonwright.com
bwestergard@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SATA GmbH & Co. KG, a German Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ZHEJIANG RONGPENG AIR TOOLS CO., LTD dba AEROPRO, a foreign entity <br><br> Defendant. <br><br>———————————————— <br> AND RELATED COUNTERCLAIM. | CASE NO.: 2:18-cv-02088-GMN-GWF <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and as demonstrated by the signatures of counsel below, Plaintiff SATA GmbH & Co. KG and Defendant Zhejiang Rongpeng Air Tools Col, Ltd dba Aeropro hereby stipulate and agree that this action be dismissed with prejudice pursuant to a settlement agreement. Consequently, this action is hereby dismissed with prejudice.

///

///

///

///

///



DATED this 23rd day of January, 2020.

DICKINSON WRIGHT PLLC

 /s/ Steven A. Caloiaro
Steven A. Caloiaro
Nevada Bar No. 12344
Brooks T. Westergard
Nevada Bar No. 14300
scaloiaro@dickinsonwright.com
bwestergard@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

DATED this 23rd day of January, 2020.

ORRICK, HERRINGTON & SUTCLIFFE LLP

 /s/ Diana Rutowski
Diana Rutowski, *Pro Hac Vice*
drutowski@orrick.com
1000 Marsh Road
Menlo Park, CA 94025-1015
Phone 650-614-7400
Fax 650-614-7401

Eric D. Hone, Nevada Bar No. 8499
eric@h1lawgroup.com
Jamie L. Zimmerman, Nevada Bar No. 11749
jamie@h1lawgroup.com
Moorea L. Katz, Nevada Bar No. 12207
moorea@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074
Phone 702-608-3720
Fax 702-608-3759

*Attorneys for Defendant*
*Zhejiang Rongpeng Air Tools Co., LTD dba*
*Aeropro*

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that the above Stipulation of Dismissal with Prejudice,

(ECF No. 51), is **GRANTED**.

**DATED** this ___23___ day of January, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

